TOTAL P.02



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

JUNE DUFFY
BUREAU CHIEF FOR LITIGATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08

April 23, 2008

**BY FACSIMILE**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:   *Henry v. Annetts*, 08 CV 286 (LAP)

Dear Judge Preska:

This office presently represents defendants Superintendent Annetts and Sergeant Daniels and anticipates that it will be asked to represent any defendants who are eventually served in this matter. This letter is written to request that the time for defendants Annetts and Daniels to respond to the complaint be extended to June 12, 2008.[1] It is further requested that no defendant eventually served be required to respond before that date.

This request is made on the grounds that it would be more efficient for all State defendants to respond to the complaint together, and time is needed to allow all State defendants eventually served the opportunity to request representation and for this office to properly prepare a response on their behalf.

There have been no prior requests for extensions of time. We thank the Court for its consideration.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
April 28, 2008

cc:  Paul Henry (by mail)

Respectfully,

*Daniel Schulze*
Daniel Schulze
Assistant Attorney General
(212) 416-6557

---

[1] The response would otherwise be due on April 28, 2008.

120 BROADWAY, NEW YORK N.Y. • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US

APR-23-2008 13:19   P.02