MAILED TO COUNSEL - 5/13

COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAUL HENRY,

                            *Plaintiff,*

-v-

PAUL W. ANNETTS, et. al.,

                          *Defendants.*

DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT

08 Civ. 286 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

## ARGUMENT

Plaintiff has moved for a default judgment against defendants Annetts and Daniels. However, by Order of April 28, 2008, a copy of which is attached hereto, the Court gave these defendants until June 12, 2008 to respond to the complaint.

## CONCLUSION

Plaintiff's motion should be denied.

Dated: New York, New York
       May 8, 2008

Respectfully submitted,

ANDREW M. CUOMO
Attorney General of the State of New York
Attorney for Defendants Annetts and Daniels
By:

_____
DANIEL SCHULZE
Assistant Attorney General
120 Broadway - 24th Floor
New York, New York 10271
(212) 416-6557

*[Handwritten note:]* To the extent that a motion for a default judgment is docketed, that motion is denied pending the June 12, 2008 date. So ordered. Loretta A. Preska, USDJ. May 13, 2008