**MAILED TO** *plff +* **COUNSEL** *spo*

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

JUNE DUFFY
ACTING BUREAU CHIEF FO...

August 19, 2008

**BY FACSIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08
```

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:  *Henry v. Annetts,* 08 CV 286 (LAP)

Dear Judge Preska:

This office has just received a request for representation from defendant Cardarelli, who the docket indicates was served on July 9, 2008.

In the interests of efficiency, and because the same defenses apply and defendant Cardare... is willing to waive any defects in service, this letter is sent to respectfully request that the Court en... an Order extending Cardarelli's time to respond to the complaint nunc pro tunc as necessary, a... allowing defendant Cardarelli to respond to the complaint by now joining in the June 12, 20... Motion to Dismiss previously submitted on behalf of defendants Arnetts, Acevedo and Daniels...

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*August 20, 2008*

cc.    Paul Henry, plaintiff pro se

Respectfully,

*[signature]*

Daniel Schulze
Assistant Attorney General
(212) 416-6557

---

[1] It is noted that Chief Judge Wood dismissed plaintiff's original complaint against Cardarelli sua sponte on grounds identical to those set forth in the referenced motion.

120 BROADWAY, NEW YORK N.Y. • PHONE (212) 416-8610 • FAX (212) 416-6075 • NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US

TOTAL P.